IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY RICHARD JOHNSON**                                                                                        **PLAINTIFF**
*ADC #171852*

v.                               CASE NO. 4:23-CV-00945-BSM

**NICK GAULT,** *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE